**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: COLLINS, THELMA M.   § Case No. 15-82155
                            §
                            §
Debtor(s)                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $35,500.00            Assets Exempt: $3,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,803.51   Claims Discharged
                                              Without Payment: $28,122.67

Total Expenses of Administration: $6,371.63

---

  3) Total gross receipts of $ 23,675.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,500.00 (see **Exhibit 2**), yielded net receipts of $21,175.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,371.63 | 6,371.63 | 6,371.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 42,926.18 | 42,926.18 | 14,803.51 |
| **TOTAL DISBURSEMENTS** | $0.00 | $49,297.81 | $49,297.81 | $21,175.14 |

    4)  This case was originally filed under Chapter 7 on August 24, 2015. The case was pending for 16 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2017          By: /s/JOSEPH D. OLSEN
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1129-000 | 47,350.28 |
| Reversed Deposit Adj. 4 | 1129-000 | -23,675.14 |
| **TOTAL GROSS RECEIPTS** |  | **$23,675.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| COLLINS, THELMA M. | SALES PROCEEDS-PERSONAL PROPERTY | 8100-002 | 2,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** |  |  | **$2,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  | None |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,867.51 | 2,867.51 | 2,867.51 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 115.17 | 115.17 | 115.17 |
| Yalden Olsen & Willette | 3110-000 | N/A | 1,361.25 | 1,361.25 | 1,361.25 |
| Keller Williams Realty Signature | 2500-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 27.70 | 27.70 | 27.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,371.63 | $6,371.63 | $6,371.63 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 16,492.58 | 16,492.58 | 5,687.63 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 258.35 | 258.35 | 89.09 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 563.62 | 563.62 | 194.37 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,098.03 | 2,098.03 | 723.53 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,852.25 | 9,852.25 | 3,397.64 |
| 6 | Capital Recovery V, LLC | 7100-000 | N/A | 9,235.47 | 9,235.47 | 3,184.94 |
| 7 | Capital Recovery V, LLC | 7100-000 | N/A | 4,307.51 | 4,307.51 | 1,485.49 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 118.37 | 118.37 | 40.82 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $42,926.18 | $42,926.18 | $14,803.51 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82155  
**Case Name:** COLLINS, THELMA M.  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/24/15 (f)  
**§341(a) Meeting Date:** 10/01/15  

**Period Ending:** 01/16/17  
**Claims Bar Date:** 02/10/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash from wages | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at Midland States Bank | 250.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture, furnishings, appliances and misc. oth | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books, pictures, dvds, music cds and misc. other | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Debtor's clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Rings, watches and misc. other items | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. sporting goods and recreational items | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Term life policy | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Monthly social security | 1,200.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 Buick vehicle | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 2005 Mobile home (Estimated value based on house | 30,000.00 | 44,675.14 | | 0.00 | FA |
| 12 | Misc. household implements and tools | 150.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$35,500.00** | **$44,675.14** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Debtor owns a mobile home in Freeport, Illinois without a lien. The Trustee is investigating the fair market value of same and will either work out a deal with the Debtor or list and sale same and hopefully, the mobile home will be sold sometime in 2016 and the case closed out by the end of the year.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016     **Current Projected Date Of Final Report (TFR):**   November 17, 2016  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-82155  
**Case Name:** COLLINS, THELMA M.  

**Taxpayer ID #:** **-***3771  
**Period Ending:** 01/16/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/16 | | Z Investment Properties | | 1129-000 | 23,675.14 | | 23,675.14 |
| 09/29/16 | {11} | Z Investment Properties | Reversed Deposit 100001 1 SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | -23,675.14 | | 0.00 |
| 10/03/16 | {11} | Z Investment Properties | SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | 23,675.14 | | 23,675.14 |
| 10/03/16 | {11} | Z FINANCIAL PROPERTIES | SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | 23,675.14 | | 47,350.28 |
| 10/03/16 | {11} | Z Financial Properties | SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | 23,675.14 | | 71,025.42 |
| 10/03/16 | | Z Investment Properties | | 1129-000 | 23,675.14 | | 94,700.56 |
| 10/03/16 | {11} | Z Investment Properties | Reversed Deposit 100001 1 SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | -23,675.14 | | 71,025.42 |
| 10/06/16 | 101 | Keller Williams Realty Signature | Brokerage fees | 2500-000 | | 2,000.00 | 69,025.42 |
| 10/13/16 | 102 | COLLINS, THELMA M. | SALES PROCEEDS-PERSONAL PROPERTY | 8100-002 | | 2,500.00 | 66,525.42 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.70 | 66,497.72 |
| 11/17/16 | {11} | Z FINANCIAL PROPERTIES | Reversed Deposit 100001 2 SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | -23,675.14 | | 42,822.58 |
| 12/12/16 | | Z Investment Properties | Reversed Deposit Adj. 4 | 1129-000 | -23,675.14 | | 19,147.44 |
| 12/13/16 | 103 | JOSEPH D. OLSEN | | 2200-000 | | 115.17 | 19,032.27 |
| 12/13/16 | 104 | JOSEPH D. OLSEN | | 2100-000 | | 2,867.51 | 16,164.76 |
| 12/13/16 | 105 | Yalden Olsen & Willette | | 3110-000 | | 1,361.25 | 14,803.51 |
| 12/13/16 | 106 | Discover Bank | | 7100-000 | | 5,687.63 | 9,115.88 |
| 12/13/16 | 107 | Quantum3 Group LLC as agent for | | 7100-000 | | 89.09 | 9,026.79 |
| 12/13/16 | 108 | Quantum3 Group LLC as agent for | | 7100-000 | | 194.37 | 8,832.42 |
| 12/13/16 | 109 | Quantum3 Group LLC as agent for | | 7100-000 | | 723.53 | 8,108.89 |
| 12/13/16 | 110 | Capital One Bank (USA), N.A. | | 7100-000 | | 3,397.64 | 4,711.25 |
| 12/13/16 | 111 | Capital Recovery V, LLC | | 7100-000 | | 3,184.94 | 1,526.31 |
| 12/13/16 | 112 | Capital Recovery V, LLC | | 7100-000 | | 1,485.49 | 40.82 |
| 12/13/16 | 113 | PYOD, LLC its successors and assigns as assignee | | 7100-000 | | 40.82 | 0.00 |

|  |  | ACCOUNT TOTALS | 23,675.14 | 23,675.14 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 23,675.14 | 23,675.14 | |
|  |  | Less: Payments to Debtors | | 2,500.00 | |
|  |  | **NET Receipts / Disbursements** | **$23,675.14** | **$21,175.14** | |

{} Asset reference(s)

Printed: 01/16/2017 09:58 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-82155 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | COLLINS, THELMA M. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******8466 - Checking Account |
| **Taxpayer ID #:** | **-***3771 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 01/16/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

|  |  |
| --- | --- |
| Net Receipts : | 23,675.14 |
| Less Payments to Debtor : | 2,500.00 |
| Net Estate : | $21,175.14 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******8466** | 23,675.14 | 21,175.14 | 0.00 |
| | $23,675.14 | $21,175.14 | $0.00 |

{} Asset reference(s)

Printed: 01/16/2017 09:58 AM    V.13.28